LAW OFFICE OF
# JESSE M. SIEGEL
The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

August 13, 2020

BY EMAIL: Wang_NYSDChambers@nysd.uscourts.gov

Magistrate Judge Ona T. Wang
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Yunseo Lee*, 20 Mag. 8202.

Dear Judge Wang:

I am CJA counsel to Yunseo Lee. Ms. Lee is charged with Conspiracy to Unlawfully Export Dual-Use Electronics Components, Conspiracy to Commit Wire and Bank Fraud, and Conspiracy to Launder Money. She was presented on August 6, 2020 before Judge Fox, and released on bail conditions which included a $200,000.00 personal recognizance bond co-signed by one financially responsible person, electronic location monitoring, a curfew, supervision at a level determined by Pretrial Services, surrender of travel documents, and travel restricted to the Southern and Eastern Districts of New York and District of New Jersey (where she resides). She was released on her own signature and was to have the co-signer execute the bond by today.

Unfortunately, Ms. Lee has not been able to find a co-signer. Therefore, I request that the bail conditions be modified to remove the requirement of a co-signer.

*Granted OTW 8/13/2020*

I have spoken with A.U.S.A. Michael Krouse, who consents to this request for the government.

Thank you for your attention to this application.

Very truly yours,

/s
Jesse M. Siegel

cc. A.U.S.A. Michael Krouse
(By email)

SO ORDERED.
S/ Ona T. Wang
August 13, 2020